```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Case No.   2:06-cv-671-FtM-29SPC

ONE 2004 26' ANGLER VESSEL; ONE 2005
26' ANGLER VESSEL; ONE 2004 FORD
F250; ONE 2005 FLOAT-ON DUEL AXLE
TRAILER,

        Defendants.
_____

## OPINION AND ORDER

This matter came before the Court for a bench trial with regard to the remaining properties at issue and subject to forfeiture: the 2005 angler vessel and 2005 float-on duel axle trailer. Initially, the government orally moved to renew its previous requests to dismiss the claim of Osmani Fuentes and for the issuance of an order to show cause why the claim of Osmani Fuentes should not be dismissed. Both oral requests were summarily denied for the reasons previously stated. During the bench trial, the government presented the testimony of Collier County Sheriff's Deputy Robert Marvin and Senior Border Patrol Agent Steven Christopher. No claimants appeared, including claimant Osmani Fuentes.

Deputy Marvin testified that he has been with the Marine Bureau of the Collier County Sheriff's Office for 23 years, handling matters ranging from smuggling to manatee citations.

Deputy Marvin testified as to the events on August 16, 2006, and what he observed. Deputy Marvin also aided in the identification of modifications to the 2005 vessel in photographs admitted into evidence. Agent Christopher has been with the Pembroke Pines Office for 14 years. Agent Christopher received the call that a possible landing by Cuban nationals had occurred and went to the location with Agent Miguel Davis where the 2005 vessel on the trailer were observed. Agent Christopher verified the modifications made to the vessel for additional fuel, and stated that the Captains of the vessels were not the title owners of the vessels and were in fact prosecuted and found guilty. Agent Christopher testified that claimant Osmani Fuentes was the listed owner of both the 2005 vessel (ANGJJ111B505) and 2005 trailer (408BP27255F00055) upon running the VIN numbers. The government further relied on its August 21, 2007 Motion for Entry of Order Releasing *In Rem* Property to Claimant US Bank (Doc. #45) as per the Settlement Agreement (Doc. #44).

The government seeks the release of the 2005 angler vessel and 2005 trailer to US Bank in exchange for $13,411.95 in United States currency, "which shall be forfeited in lieu of the defendant properties." (Doc. #45, p. 1.) Under 8 U.S.C. § 1324(b)(1), "[a]ny conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation of subsection (a) of this section, the gross proceeds of such violation, and any property traceable to such conveyance or

proceeds, shall be seized and subject to forfeiture." In a civil forfeiture action, "the burden of proof is on the Government to establish, by a preponderance of the evidence, that the property is subject to forfeiture . . . the Government shall establish that there was a substantial connection between the property and the offense." 18 U.S.C. § 983(c). The Court finds that the government met its burden that it is more likely than not that the 2005 angler vessel and 2005 trailer are subject to forfeiture, and a substantial connection between the properties and the indicted offenses exists.

The Court further incorporates its previous findings as to the events on August 16, 2006, as stated in the Opinion and Order of Forfeiture (Doc. #42) for the 2004 vessel and the Opinion and Order of Forfeiture (Doc. #59) for the 2004 Ford F-250 truck. The Court finds no evidence to the contrary presented by Mr. Fuentes as to the 2005 properties.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Pursuant to the findings at trial, the request to release the property to claimant US Bank is **GRANTED** to the extent that the 2005 vessel and 2005 trailer are forfeited.

2. Pursuant to the provisions of 8 U.S.C. § 1324(b), $13,411.95 in United States currency in lieu of and as substitute *res* for the One 2005 26' Angler Vessel, HIN No.: ANGJJ111B505 and

One 2005 Float-On Trailer, VIN No.: 408BP27255F00055 are hereby forfeited to the United States for disposition accordingly to law.

3.  The Clerk shall enter judgment in favor of the government and against claimant Osmani Fuentes as to the 2005 vessel and 2005 trailer, terminate the remaining properties, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of March, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
Osmani Fuentes